482 A.2d 1275

James ENGLISH and Annette English Ebner, as Co-Administrators of the Estate of Amy English, Deceased, and Emanuel Gutgold, Parent and Natural Guardian and Administrator of the Estate of Ilyssa Gutgold, Deceased, Appellants,

v.

FAIRFIELD TOWNSHIP, Appellee,

v.

Michael W. MERLOE, Appellee.

Supreme Court of Pennsylvania.

Argued Oct. 24, 1984.

Decided Nov. 5, 1984.

Reargument Denied April 9, 1985.

Clifford A. Rieders, Williamsport, for appellants.

Richard A. Gray, Williamsport, for Fairfield Tp.

John R. Bonner, Norman A. Lubin, Williamsport, for Michael Merloe.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.